UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FUNCTIONAL GOVERNMENT INITIATIVE,<br><br>        *Plaintiff*,<br><br>   v.<br><br>U.S. FOOD AND DRUG ADMINISTRATION,<br><br>        *Defendant*. | Civil Action No. 23-2556 (RC) |

## JOINT STATUS REPORT

The Parties, by and through respective undersigned counsel, respectfully submit this Joint Status Report in response to the Court's Minute Order of November 2, 2023.

This case relates to three Freedom of Information Act ("FOIA") requests filed by Plaintiff Functional Government Initiative with Defendant U.S. Food and Drug Administration (the "Administration").  Plaintiff filed the Complaint on August 31, 2023 (ECF No. 1). Defendant answered the Complaint on October 18, 2023 (ECF No. 3).

The Administration has now completed the initial collection and processing of potentially responsive records with respect to two of the categories of records encompassed by the FOIA requests at issue in this matter.  The Administration has begun review of those records and expects to begin rolling productions within the next thirty days.

As previously reported, the Administration is currently in the process of collecting and processing records potentially responsive to the last category of records; given the complexity of the requests, that process is ongoing.  The Administration currently expects that process will be

completed in approximately the next sixty days, after which the Administration will begin review and rolling productions.

    The Parties have agreed to continue to work together in good faith to address any issues that arise during the production and review of the records, ideally without the need for further litigation and further use of this Court's resources.  Accordingly, the parties respectfully request that they file a joint status report in three months—*i.e.*, on or before May 2, 2024, to update the Court on the current status of this matter.

Dated: February 2, 2023　　　　　　　　　　　　Respectfully submitted,

| | |
|---|---|
| */s/ Jeremiah L. Morgan* | MATTHEW M. GRAVES |
| Jeremiah L. Morgan | D.C. Bar No. #481052 |
| (D.C. Bar No. 1012943) | United States Attorney |
| William J. Olson | |
| (D.C. Bar No. 233833) | BRIAN P. HUDAK |
| William J. Olson, P.C. | Chief, Civil Division |
| 370 Maple Avenue, West, Suite 4 | |
| Vienna, VA  22180-5615 | */s/ Kartik N. Venguswamy* |
| 703-356-5070 (telephone) | KARTIK N. VENGUSWAMY |
| jmorgan@lawandfreedom.com | D.C. Bar No. #983326 |
| | Assistant United States Attorney |
| *Counsel for Plaintiff* | 601 D Street, NW |
| | Washington, D.C. 20530 |
| | Tel: (202) 252-1790 |
| | kartik.venguswamy@usdoj.gov |
| | |
| | *Counsel for United States of America* |