UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FUNCTIONAL GOVERNMENT INITIATIVE,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. FOOD AND DRUG ADMINISTRATION,<br><br>*Defendant*. | Civil Action No. 23-2556 (RC) |

## JOINT STATUS REPORT

The Parties, by and through respective undersigned counsel, respectfully submit this Joint Status Report in response to the Court's Minute Order of August 1, 2025, and Standing Order 25-59.

This case relates to three Freedom of Information Act ("FOIA") requests filed by Plaintiff Functional Government Initiative with Defendant U.S. Food and Drug Administration (the "Administration"). Plaintiff filed the Complaint on August 31, 2023 (ECF No. 1). Defendant answered the Complaint on October 18, 2023 (ECF No. 3).

As previously reported, the Administration is collecting and processing records potentially responsive to the requests; given the complexity of the requests, that process is ongoing. The Administration has been making rolling productions as it continues with this process and records are available.

The Parties have agreed to continue to work together in good faith to address any issues that arise during the production and review of the records, ideally without the need for further litigation and further use of this Court's resources. Accordingly, the parties respectfully request

that they file a joint status report in three months—*i.e.*, on or before March 20, 2026—to update the Court on the current status of this matter.

Dated: December 23, 2025

Respectfully submitted,

*/s/ Jeremiah L. Morgan*
Jeremiah L. Morgan
(D.C. Bar No. 1012943)
William J. Olson
(D.C. Bar No. 233833)
William J. Olson, P.C.
370 Maple Avenue, West, Suite 4
Vienna, VA  22180-5615
703-356-5070 (telephone)
jmorgan@lawandfreedom.com

*Counsel for Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney

 */s/ Kartik N. Venguswamy*
KARTIK N. VENGUSWAMY
D.C. Bar No. #983326
Assistant United States Attorney
601 D Street, NW
Washington, D.C. 20530
Tel: (202) 252-1790
kartik.venguswamy@usdoj.gov

*Counsel for United States of America*