UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FUNCTIONAL GOVERNMENT
INITIATIVE,

      *Plaintiff*,

    v.

U.S. FOOD AND DRUG
ADMINISTRATION,

      *Defendant*.

Civil Action No. 23-2556 (RC)

## JOINT STATUS REPORT

The Parties, by and through respective undersigned counsel, respectfully submit this Joint Status Report in response to the Court's Minute Order of March 20, 2026.

This case relates to three Freedom of Information Act ("FOIA") requests filed by Plaintiff Functional Government Initiative with Defendant U.S. Food and Drug Administration (the "FDA"). Plaintiff filed the Complaint on August 31, 2023 (ECF No. 1). Defendant answered the Complaint on October 18, 2023 (ECF No. 3).

As previously reported, the FDA is collecting and processing records potentially responsive to the requests; given the complexity of the requests, that process is ongoing. The FDA has been making rolling productions as it continues with this process and records are available. The FDA made its most recent production earlier today.

The Parties have agreed to continue to work together in good faith to address any issues that arise during the production and review of the records, ideally without the need for further litigation and further use of this Court's resources. Accordingly, the parties respectfully request

that they file a joint status report in three months—*i.e.*, on or before September 16, 2026—to

update the Court on the current status of this matter.

Dated: June 18, 2026                              Respectfully submitted,

*/s/ Jeremiah L. Morgan*                          JEANINE FERRIS PIRRO
Jeremiah L. Morgan                                United States Attorney
(D.C. Bar No. 1012943)
William J. Olson
(D.C. Bar No. 233833)                             */s/ Esther You*
William J. Olson, P.C.                            ESTHER M. YOU
370 Maple Avenue, West, Suite 4                   D.C. Bar No. 1044337
Vienna, VA  22180-5615                            Assistant United States Attorney
703-356-5070 (telephone)                          601 D Street, NW
jmorgan@lawandfreedom.com                         Washington, D.C. 20530
                                                  Tel: (202) 252-6608
                                                  esther.you2@usdoj.gov
*Counsel for Plaintiff*
                                                  *Counsel for United States of America*